UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SCOTT BRADSHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:14-CV-01829-JO<br><br><br>ORDER AWARDING ATTORNEY FEE<br>PURSUANT TO 28 U.S.C. § 2412 |

This matter is before the court on Plaintiff's unopposed petition for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). [# 29] The petition is granted.

It is hereby ORDERED that an attorney fee in the amount of $6,582.35 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.

ORDER FOR ATTORNEY FEES

IT IS SO ORDERED this _____25ᵗʰ_____ day of January, 2016.

_____
ROBERT E. JONES, SENIOR JUDGE
UNITED STATES DISTRICT COURT